UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JEREMY REYNOLDS,

           Plaintiff,           Case No.: 5-19-cv-416 (BKS/ML)

-v-

VILLAGE OF CHITTENANGO,
WAYNE HORNING, MICKEY KOPP,
and CHIEF FRED COREY, JR.,

           Defendants.

---

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned counsel for Jeremy Reynolds (Plaintiff), for the Village of Chittenango, Wayne Horning Melinda (Mickey) Kopp, and Fred Corey, Jr., (Defendants) that, no party hereto is an infant or an incompetent for whom a committee has been appointed, or a conservatee, and there being no person not a party who has an interest in the subject matter of the action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

    1. All of the Plaintiff's claims against Defendants Village of Chittenango, Wayne Horning, Melinda (Mickey) Kopp, in their official and individual capacities, in the above-entitled civil action are hereby discontinued and dismissed on the merits with prejudice, and without costs to any party as against the other. Each party shall bear the costs of their own attorney fees.

    2. This Stipulation of Dismissal may be signed in counterparts with signatures by facsimile or electronic mail considered as originals.

    3. This stipulation may be filed without further notice with the Clerk of the Court.

1

Date: March 27, 2025

_____
AJ Bosman, Esq.
Bosman Law LLC
*Counsel for Plaintiff-Jeremy Reynolds*
3000 McConnellsville Road
Blossvale, New York 13308

Date: March 26, 2025

_____
Shannon T. O'Connor, Esq.
Kenney, Shelton, Liptak, Nowak, PLLC
*Counsel for Defendants – Village of Chittenango, Wayne Horning, Melinda Kopp, Fred Corey*
233 Franklin Street
Buffalo, New York 14202

IT IS SO ORDERED:

_____
Brenda K. Sannes
Chief U.S. District Judge

Dated: March 27, 2025
         Syracuse, NY

2